UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  
SOHO OFFICE SUITES LLC,  
d/b/a Select Office Suites,

Chapter 11  (Subchapter V)  
Case No. 23-11839 (LGB)

                      Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER APPROVING MOTION TO REOPEN THE CHAPTER 11 CASE

UPON the Motion dated June 4, 2025 (ECF No. 86) of Soho Office Suites LLC d/b/a Select Office Suites (the "Debtor") and the exhibits thereto made pursuant to §350(b) of Title 11 of the United States Code and Rule 5010 of the Federal Rules of Bankruptcy Procedure filed in support of an Order to Reopen its Chapter 11 Case to Enforce the Provisions of both its Confirmed Plan and the Confirmation Order and other orders of the Court with respect to Claims asserted by Majestic Rayon Corp. and Cudge Realty, LLC (together, the "Landlord") in a Post Confirmation State Court Action (the "Motion"), and the Landlord having filed an Objection dated June 17, 2025 (ECF No. 89) to the Motion, and the Debtor having filed a Response dated August 5, 2025 (ECF No. 94) to the Objection; and this Court having held a hearing on the Motion , the Opposition and the Response on August 12, 2025 (the "Hearing"), at which counsel for each of the Debtor, the Landlord, and interested parties Sterling Office Suites LLC and Suites Over Soho, LLC appeared; and for the reasons given on the record of the Hearing, after careful consideration and due deliberation, it is hereby

        **ORDERED**, that the Motion is granted and the Debtor's Chapter 11 Case is hereby reopened.

Dated: New York, New York  
          August 14, 2025

                                            */s/ Lisa G. Beckerman*  
                                            HONORABLE LISA G. BECKERMAN  
                                            UNITED STATES BANKRUPTCY JUDGE